UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

TIESHA DELATORRES,

                                             Plaintiff,

           -against-

CARIBBEAN SPOTLIGHT INC. A/K/A CLUB
CARIBBEAN CITY D/B/A "THE BUZZ," et al.,

                                            Defendants.

------------------------------------------------------------------------x

**STIPULATION AND
ORDER OF DISMISSAL**

12 CV 1244 (NGG)(JO)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

[THE REMAINDER OF THIS PAGE HAS BEEN LEFT INTENTIONALLY BLANK]

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties below and set forth in the Stipulation of Settlement executed by the below parties in this matter.

Dated: New York, New York
       November 0, 2013

VIKRANT PAWAR
*Attorney for Plaintiff Tiesha Delatorres*
~~30~~ Vesey, Suite ~~900~~ 12-10
New York, New York 10007

By: _____
    Vikrant Pawar, Esq.

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants City, Van Ness, Weiss, Marconi, Piper, Anthony, Howard, Evans and Figueroa*
100 Church Street
New York, New York 10007

By: _____
    Randall M. Elfenbein
    *Special Assistant Corporation Counsel*

SO ORDERED:

_____
HON. NICHOLAS J. GARAUFIS
UNITED STATES DISTRICT JUDGE